

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2018

No. 04-18-00433-CV

**IN THE INTEREST OF I.I.C., A CHILD**,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI23702
Honorable Laura Salinas, Judge Presiding

## O R D E R

Appellant's brief was due on August 1, 2018.  *See* TEX. R. APP. P. 38.6(a).  To date, Appellant has not filed the brief or a motion for extension of time to file the brief.

We ORDER Appellant to show cause in writing within FIFTEEN DAYS of the date of this order why this appeal should not be dismissed for want of prosecution.  *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.).  Appellant's written response must include a reasonable explanation for Appellant's failure to timely file the brief.  *See* TEX. R. APP. P. 38.8(a).

**If Appellant fails to show cause as ordered, this appeal will be dismissed without further notice.**  *See id.* R. 42.3(b), (c); *Elizondo*, 975 S.W.2d at 63.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court